# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

U.S.A. vs. Paul Schaller                                              Docket No. 7:05-CR-62-1

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Paul Schaller, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute More than 500 Grams of Cocaine, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 16, 2005, to the custody of the Bureau of Prisons for a term of 63 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Paul Schaller was released from custody on November 5, 2010, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Schaller informed the probation officer he was having problems with anxiety and depression. The offender has a history of mental health problems including three suicide attempts. It is this officer's opinion the offender should be involved in a mental health treatment program and his conditions modified to include a mental health condition.

It is also recommended the offender's conditions be modified to include both the educational services condition as well as vocational training. These conditions will allow the probation office to assist the offender with schooling and other skills training which may be beneficial in helping him to achieve employment.

The offender signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

Paul Schaller
Docket No. 7:05-CR-62-1
Petition For Action
Page 2

       **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The offender shall participate in a program of mental health treatment, as directed by the probation office.

2. The offender shall participate in an educational services program as directed by the probation officer. Such program may include GED preparation, English as a Second Language classes, and other classes designed to improve the offender's proficiency in skills such as reading, writing, mathematics, or computer use.

3. The offender shall participate in a vocational training program as directed by the probation office. Such program may include job readiness training and development training.

Except as herein modified, the judgment shall remain in full force and effect.

       I declare under penalty of perjury that the foregoing is true and correct.

       /s/ Pamela O. Thornton
       Pamela O. Thornton
       Senior U.S. Probation Officer
       2 Princess Street, Suite 308
       Wilmington, NC 28401-3958
       Phone: (910) 815-4857
       Executed On: November 30, 2010

## ORDER OF COURT

Considered and ordered this __6__ day of __December__, 2010, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge